UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN MIRANDA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS FLORES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 19-12029-LTS |

ORDER

June 16, 2020

SOROKIN, D.J.

On May 29, 2020, the Court entered an electronic order granting Plaintiff's motion for leave to proceed in forma pauperis.[1] Upon review of Plaintiff's motion (#22) for service by the United States Marshals Service ("USMS") and copies of his amended complaint, the Court hereby orders:

1. Plaintiff shall have until August 10, 2020 to complete service of the summonses, amended complaint, and this order on Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

2. Plaintiff's request for free copies of his amended complaint is denied.  If Plaintiff cannot meet the August 10, 2020 deadline for service because COVID-19 precautions prevent

---

[1] The Clerk mailed a copy of the public docket of this action to Plaintiff on May 19, 2020. Plaintiff's motion for leave to proceed in forma pauperis and the Court's electronic order granting said motion are not on the public docket, although the entries are visible to Court employees.  As a result, Plaintiff would not have been able to discern from the docket sheet mailed to him on May 19, 2020 that the Clerk had received, and the Court had granted, the motion for leave to proceed in forma pauperis.

him from obtaining necessary copies, he may ask the Court to extend the time for service. Any such motion should be made prior to August 10, 2020.

      3.      Because Plaintiff is proceeding in forma pauperis, he may elect to have service completed by the USMS. If so asked by Plaintiff, the USMS shall complete service of the summonses, amended complaint, and this order upon Defendants as directed by Plaintiff with all costs of service to be advanced by the United States. The Clerk shall provide Plaintiff with forms and instructions for service by the USMS.

      4.      If Plaintiff chooses to have service completed by the USMS, he shall provide the agency with all papers for service on each Defendant and a completed USM-285 form for each party to be served.

      SO ORDERED.

      /s/ Leo T. Sorokin
      UNITED STATES DISTRICT JUDGE