UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN MIRANDA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 19-12029-LTS |
| CARLOS FLORES, et al., | ) |
| Defendants. | ) |

JUDGMENT

December 7, 2021

Pursuant to the Court's Order, Doc. No. 72, dated December 7, 2021, Counts I, II, III, and IV of Plaintiff's Amended Complaint (Doc. No. 11) are DISMISSED WITH PREJUDICE. Counts V, VI, and VII of Plaintiff's Amended Complaint (Doc. No. 11) are DISMISSED WITHOUT PREJUDICE. Each side shall bear its own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge